COOLEY GODWARD KRONISH LLP
ANTHONY M. STIEGLER (126414)
(ASTIEGLER@COOLEY.COM)
KENT M. WALKER (173700)
(KMWALKER@COOLEY.COM)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

William C. Rooklidge (134483)
Jesse D. Mulholland (222393)
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, California 92614
RooklidgeW@howrey.com
Telephone: 949/721-6900
Facsimile: 949/721-6910

Attorneys for Defendants
MARRIOTT INTERNATIONAL, INC. and MARRIOTT
WORLDWIDE RESERVATION SERVICES, LLC

FILED
CLERK, U.S DISTRICT COURT
APR 11 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 NO
JS-2/JS-3 ___
Scan Only ___

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In Re Katz Interactive Call Processing Patent Litigation | Case No. CV 2:07-ml-01816-RGK-FFM<br><br>MDL 1816<br><br>(Underlying Civil Action, No. 2:06 CV 334-DF, U.S.D.C., E.D. Texas)<br><br>**PROPOSED ORDER ON DISMISSAL OF MARRIOTT DEFENDANTS** |

ENTERED
CLERK, U S DISTRICT COURT
APR 12 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                   DEPUTY

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

538090 v1/SD                                           2:07-ml-01816-RGK-FFM

**WHEREAS:** (1) on August 21, 2006, Plaintiff Ronald A. Katz Technology Licensing, L.P. ("RAKTL") filed a Complaint in the United States District Court for the Eastern District of Texas commencing Civil Action No. 2:06 CV 334-DF (the "Action") against Defendants Marriott International, Inc. and Marriott Worldwide Reservation Services, LLC, (collectively, "Marriott"); (2) on October 16, 2006 Marriott filed its Answer and Counterclaims to RAKTL's Complaint; (3) on November 9, 2006, RAKTL filed its Reply to Counterclaims; (4) RAKTL and Marriott have reached a mutually satisfactory resolution of all issues between them that were the subject of the Action; (5) in an order filed on March 20, 2007 in the Clerk's Office of the Judicial Panel on Multidistrict Litigation as Docket No. 1186 (the "MDL Order"), the Judicial Panel entered a Transfer Order in the matter captioned *In Re Katz Interactive Call Processing Patent Litigation* transferring the Action and other actions to this Court, and on March 30, 2007, the MDL Order was filed in the Clerk's Office of this Court; (6) RAKTL and Marriott have filed a Stipulation of Dismissal (the "Stipulation") with this Court advising the Court that the parties have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action; and (7) after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby:

1. **ORDERED, ADJUDGED AND DECREED** that all claims asserted by RAKTL against Marriott and all counterclaims asserted by Marriott against RAKTL are dismissed with prejudice;

2. **ORDERED, ADJUDGED AND DECREED** that each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of the Action;

3. **ORDERED, ADJUDGED AND DECREED** that the Court that presided over the Action before the MDL Order was entered shall retain jurisdiction over this matter for purposes of enforcement of the settlement; and

4.  **ORDERED, ADJUDGED AND DECREED** that all unresolved pending motions in the Action between these settling parties shall be denied as moot.

So **ORDERED** and **SIGNED** this 11 day of APRIL, 2007.

_____
Honorable R. Gary Klausner, United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, California 92121. On the date set forth below I served the documents described below in the manner described below:

1. STIPULATION ON DISMISSAL OF MARRIOTT DEFENDANTS;
2. PROPOSED ORDER ON DISMISSAL OF MARRIOTT DEFENDANTS

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

1   ☐   (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

See Attached List

Executed on April 10, 2007, at San Diego, California.

*Wanda Robinson*
Wanda L. Robinson

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

538524 v1/SD                    2.         STIPULATION ON DISMISSAL OF MARRIOTT
                                           DEFNDANTS; PROPOSED ORDER ON
                                           DISMISSAL OF MARRIOTT DEFENDANTS

DISTRIBUTION LIST

**American Airlines defendants**

Mike McKool
Texas State Bar No. 13732100
MCKOOL SMITH LLP
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (512) 978-4000
Telecopier: (512) 978-4044
mmckool@mckoolsmith.com

Peter Ayers
Texas State Bar No. 24009882
MCKOOL SMITH LLP
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744
payers@mckoolsmith.com

Sam Baxter
Texas State Bar No. 01938000
MCKOOL SMITH LLP
505 E. Travis, Suite 105
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 927-2111
Telecopier: (903) 927-2622
sbaxter@mckoolsmith.com

**FedEx defendants**

Jeffrey A. Berkowitz
Virginia State Bar No. 65149
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
Telephone:     (571) 203-2700
Facsimile:     (202) 408-4400
jeffrey.berkowitz@finnegan.com

Richard L. Stroup
DC Bar No. 924696
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER LLP
901 New York Avenue NW
Washington, DC 20001-4413
Telephone:     (202) 408-4000
Facsimile:     (202) 408-4400
richard.stroup@finnegan.com

S. Calvin Capshaw
State Bar No. 0378390
BROWN MCCARROLL, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, TX 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
ccapshaw@mailbmc.com

### Hilton defendants

Matthew J. Moore
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: 202-783-0800
Fax: 202-383-6610
moorem@howrey.com

Thomas A. Miller
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Phone: 713-787-1483
Fax: 713-787-1440 (FAX)
MillerT@howrey.com

Nicholas H. Patton
Texas Bar No. 15631000
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Blvd.
Texarkana, TX 75503
Phone: 903-792-7080
Fax: 903-792-8233
nickpatton@texarkanalaw.com

### Marriott defendants

Matthew J. Moore
Karen Lockwood
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: 202-783-0800
Fax: 202-383-6610
moorem@howrey.com
lockwoodk@howrey.com

Nicholas H. Patton
Texas Bar No. 15631000
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Blvd.
Texarkana, TX 75503
Phone: 903-792-7080
Fax: 903-792-8233
nickpatton@texarkanalaw.com

### National Railroad (AMTRAK)

Scott Doyle
STEPTOE AND JOHNSON LLP
1330 Connecticut Ave. NW
Washington, D.C. 20036
Direct: 202.429.6227 (Doyle)
Fax: 202.429.3902
Sdoyle@steptoe.com

Jeff Cox
HARTLINE, DACUS, BARGER,
DREYER & KERN, LLP
6688 N. Central Expy.
Suite 1000
Dallas, TX 75206
Phone: 214.369.2100
Fax: 214.369.2118
jcox@hhdbdk.com

532882 v1/SD