# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. 07-ML-01816-RGK (FFMx) | Date August 14, 2007 |
| Title IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION | |

This document relates to:
CV 07-2096-RGK (FFMx); CV 07-2099-RGK (FFMx); CV 07-2101-RGK (FFMx); CV 07-2134-RGK (FFMx); CV 07-2192-RGK (FFMx); CV 07-2196-RGK (FFMx); CV 07-2213-RGK (FFMx); CV 07-2220-RGK (FFMx); CV 07-2254-RGK (FFMx); CV 07-2257-RGK (FFMx); CV 07-2299-RGK (FFMx); CV 07-2322-RGK (FFMx); CV 07-2325-RGK (FFMx); CV 07-2326-RGK (FFMx); CV 07-2327-RGK (FFMx); CV 07-2328-RGK (FFMx); CV 07-2336-RGK (FFMx); CV 07-2339-RGK (FFMx); CV 07-2340-RGK (FFMx); CV 07-2356-RGK (FFMx); CV 07-2358- RGK (FFMx); CV 07-2360-RGK (FFMx); and CV 07-3002-RGK (FFMx)

Present: The Honorable   R. GARY KLAUNSER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Lynne Smith | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Lead Attorney Present for Plaintiffs:          Lead Attorney Present for Defendants:

Robert Haslam                                           Matthew Moore

**Proceedings:**     **FURTHER STATUS CONFERENCE**

Court and counsel confer. Court addresses issues from June 12, 2007 status conference.

Before the close of business on Wednesday, August 22, 2007, Plaintiff's counsel shall submit: (1) a report identifying the cases and parties remaining as well as the cases and parties that have been dismissed, (2) a global chart of patents and claims asserted as to all defendants, and (3) a tree chart showing the relationships between the patents and claims at issue.

The Court informs the parties that a preliminary Markman hearing on claim construction will be held. Plaintiff shall identify claims at issue; defense to identify issues re prior art (invalidity contention). Parties confer and place the agreed upon schedule on the record:

- August 28, 2007: plaintiff to identify a global group of 50 claims, with exception of the Genesys case (CV 07-2254-RGK (FFMx)).
- September 11, 2007: defendants to identify invalidity contentions/evidence.
- October 8, 2007: plaintiff to select 20 claims out of original 50 claims identified for preliminary Markman hearing and identify terms to be construed.
- October 10, 2007: defendants to provide plaintiff with any additional terms to be construed.

DOCKETED ON CM
AUG 1 5 2007
BY _____ 002

- October 13, 2007: the parties to confer and assemble a joint list of 30 terms.
- October 27, 2007: parties to exchange proposed construction of the claims.
- November 7, 2007: plaintiff to file opening brief.
- November 30, 2007: defendant to file joint responsive brief.
- December 14, 2007: plaintiff's reply brief is due.
- December 21, 2007: defendant's sur-reply brief is due.

In connection with the Genesys matter (CV 07-2254-RGK (FFMx)), the parties agree to the same schedule, however the plaintiff shall identify 15 claims and then select 6 claims and 20 terms after the invalidity contentions have been submitted.

As to defendants of the call processing claims, the following exception to the Court's Standing Order applies: in addition to the one summary judgment motion per defendant, defendants are allowed one joint summary judgment motion on the issue of written description as to the claims identified for Markman Hearing. Defendants are also allowed one additional joint motion for summary judgment on the remaining claims, for a total of two Section 112 summary judgments. As to the common issues of prior art and prosecution history laches, defendants are allowed only one joint summary judgment motion on each issue. This exception does not apply to the Genesys matter. Therefore, defendants to the Genesys matter may not file more than a total of one motion for summary judgment each, without prior permission from the Court. All summary judgment motions shall be filed no later than March 15, 2008.

**IT IS SO ORDERED.**

: 57

Initials of Preparer   slw

cc: Magistrate Judge Mumm

# NOTICE PARTY SERVICE LIST

Case No. __07ML1816-RGK (FFMx)__   Case Title __In re Katz Interactive Call Processing Patent Litigation__

Title of Document __MINUTE ORDER__

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A |
| ✓ | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Criminal Division -L A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -S.A. |
| | CA St Pub Defender (Calif. State PD) | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith H Borjon, L.A. Death Penalty Coordinator) | | US Marshal Service - Los Angeles (USMLA) |
| | | | US Marshal Service - Riverside (USMED) |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service -Santa Ana (USMSA) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | US Probation Office (USPO) |
| | Chief Deputy Admin | | US Trustee's Office |
| | Chief Deputy Ops | | Warden, San Quentin State Prison, CA |
| | Clerk of Court | | |
| | Death Penalty H/C (Law Clerks) | | |
| | Dep In Chg E Div | | |
| | Dep In Chg So Div | | |
| | Federal Public Defender | | |
| | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (include suite or floor):

*E-mail:

*Fax No.

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk _____

G-75 (03/07)   NOTICE PARTY SERVICE LIST