Gail J Standish (SBN: 166334)
Email: gstandish@winston.com
Daniel Whang (SBN: 223451)
Email: dwhang@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  213-615-1700
Facsimile:   213-615-1750

Michael L. Brody (Admitted *Pro Hac Vice*)
Email: mbrody@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:  312-558-5600
Facsimile:   312-558-5700

Attorneys for Defendant
CAPGEMINI ENERGY LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Katz Interactive Call Processing Patent Litigation | Case No. CV 07-ML-01816-C-RGK (FFMx) |
| This document relates to:<br>ALL CASES IN 07-ML-1816-C | **CAPGEMINI'S PARTIAL JOINDER TO MOTION TO STAY; ADOPTION AND INCORPORATION BY REFERENCE OF (1) MOVANTS' PARTIAL JOINDER TO MOTION TO STAY, (2) REPLY BRIEF IN SUPPORT OF MOVANTS' PARTIAL JOINDER TO MOTION TO STAY, AND (3) [PROPOSED] ORDER GRANTING RELIEF SOUGHT IN MOVANTS' PARTIAL JOINDER TO MOTION TO STAY** |
| | Date:        December 10, 2007<br>Time:        9:00 a.m.<br>Location:    Courtroom 850 |
| | The Honorable R. Gary Klausner |
| | Ronald A. Katz Technology Licensing, L.P. v. TXU Corp. et al,<br>   CV 07-4966 RGK (FFMx) |

*Winston & Strawn LLP*
*333 South Grand Avenue*
*Los Angeles, CA 90071-1543*

1

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Capgemini Energy LP ("Capgemini") hereby <u>partially</u> joins the Motion to Stay filed on or about October 29, 2007 by Defendants Cricket Communications, Inc.; Leap Wireless International, Inc.; Echostar Communications Corp.; Echostar Satellite, LLC; Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Hospitals; The Permanente Company, LLC; The Permanente Federation LLC; The Permanente Medical Group, Inc.; and Kohl's Corporation.  Capgemini joins the portions of the Motion to Stay that seek a limited stay of the proceedings in 07-ML-1816-C-RGK (FFMx), but does not join those portions of the Motion to Stay that seek to delay the already proceeding cases in the "B" matter (07-ML-1816-B-RGK), or to combine the "B" and "C" cases, or to otherwise limit RAKTL at this time.

Capgemini adopts and incorporates by reference the arguments made in the Partial Joinder to Motion to Stay (attached hereto as Exhibit A) filed on or about October 29, 2007 by various Defendants (collectively, the "Movants") in Case Nos. CV 07-4965 RGK (FFMx), CV 07-4968 RGK (FFMx), CV 07-4955 RGK (FFMx), CV 07-4923 RGK (FFMx), CV 07-4927 RGK (FFMx), CV 07-4924 RGK (FFMx), CV 07-5061 RGK (FFMx), CV 07-4962 RGK (FFMx), CV 07-4959 RGK (FFMx), CV 07-4961 RGK (FFMx), CV 07-4954 RGK (FFMx), CV 07-4960 RGK (FFMx), CV 07-4932 RGK (FFMx), and CV 07-4956 RGK (FFMx).[1]

---

[1]   The Movants include United Parcel Service, Inc.; Colonial Bank, N.A.; Ameren Corporation; Union Electric Company; Bank of the West; First Hawaiian Bank; The Southern Company; Southern Company Service Inc.; Southern Communications Services; Compass Bank; Citizens Communications; Frontier Communications of America Inc.; Frontier Subsidiary Telco LLC; OGE Energy Corporation; Oklahoma Gas & Electric Company; New York Life Insurance Company; New York Life and Annuity Corporation; Nylife Insurance Company of Arizona; NYLIFE Securities LLC; The Hartford Financial Service Group Inc.; Hartford Life and Accident Insurance Company; Hartford Life Insurance Company; Hartford Fire Insurance Company; Hartford Casualty Insurance Company; Hartford Accident and Indemnity Company; Hartford Underwriters Insurance Company; Hartford Insurance Company of Illinois; The Hartford Mutual Funds Inc.; Hartford Life Inc.; Cincinnati Bell Inc.; Cincinnati Bell Wireless, Inc.; CMS Energy Corporation; Consumers Energy Company; Fifth Third Bancorp; Fifth Third Bank; Fifth Third Bank (Central Ohio);

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

Capgemini also adopts and incorporates by reference the arguments made in the Reply Brief In Support of Movants' Partial Joinder to Motion to Stay (attached hereto as Exhibit B) filed by the Movants on or about November 9, 2007 in the above-referenced cases.  Capgemini also adopts and incorporates by reference Movants' [Proposed] Order Granting Relief Sought In Movants' Partial Joinder to Motion to Stay (attached hereto as Exhibit C).

As set forth in the Partial Joinder to Motion to Stay and Reply Brief In Support of Movants' Partial Joinder to Motion to Stay, Capgemini respectfully requests a limited stay of the "C" cases, including 07-4966 RGK (FFMx), until fourteen (14) days after the Court issues its ruling on the summary judgment motions in the First Track cases and the disposition of those cases.  Capgemini also requests that the Court deny any request to delay the cases in the "B" matter (07-ML-1816-B-RGK) or to combine the "B" and "C" cases.

Respectfully submitted,

Dated:  November 19, 2007            WINSTON & STRAWN LLP

By:   \s\ Daniel C. Whang
      Daniel C. Whang
      Attorneys for Capgemini Energy LP

---

Exxon Mobil Corporation; Exelon Corporation; Commonwealth Edison Company; Peco Energy Company; RBC Centura Banks, Inc.; and RBC Centura Bank.

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543