ROBERT T. HASLAM (CA Bar No. 71134)
robert.haslam@hellerehrman.com
ANDREW C. BYRNES (CA Bar No. 191516)
andrew.byrnes@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
Telephone:  (650) 324-7000
Facsimile:   (650) 324-0638

MICHAEL K. PLIMACK (CA Bar No. 133869)
michael.plimack@hellerehrman.com
DALE A. RICE (CA Bar No. 146249)
dale.rice@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104
Telephone:  (415) 772-6000
Facsimile:   (415) 772-6268

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

**COURTESY COPY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Katz Interactive Call Processing Patent Litigation,<br><br>This document relates to :<br>Ronald A. Katz Technology Licensing, L.P. v. Time Warner Cable Inc., CV 07-2134 RGK (FFMx) | Case No. MDL 1816-B-RGK (FFMx)<br><br>**ORDER DISMISSING QWEST DEFENDANTS** |

| | |
|---|---|
| 1 | **WHEREAS:** (1) on September 1 2006, Plaintiff Ronald A. Katz Technology |
| 2 | Licensing, L.P. ("RAKTL") filed a Complaint in the United States District Court for |
| 3 | the District of Delaware commencing Civil Action No. 06-546 (GMS) (the |
| 4 | "Delaware Action") against, among others, Defendants Qwest Communications |
| 5 | International Inc., Qwest Wireless, L.L.C., Qwest Communications Corporation, |
| 6 | Qwest LD Corp., Qwest Broadband Services, Inc, and Qwest Interprise America, |
| 7 | Inc.; (2) on November 8, 2007, RAKTL filed a Complaint in the United States |
| 8 | District Court for the District of Colorado commencing Civil Action No. 1:07-CV- |
| 9 | 02354-LTB (the "Colorado Action") against other entities Controlled by Qwest |
| 10 | Communications International Inc. (where "Controlled" means the possession, |
| 11 | directly or indirectly through one or more intermediaries, of the power (a) to vote |
| 12 | more than 50% of the voting interests in an entity or (b) to direct or cause the |
| 13 | direction of the management and policies of an entity, whether through the ownership |
| 14 | of voting securities, by contract or otherwise) (Qwest Communications International |
| 15 | Inc. together with all entities Controlled by it being collectively referred to as |
| 16 | "Qwest"); (3) on October 26, 2006, Qwest filed its Answer and Counterclaims to |
| 17 | RAKTL's Complaint in the Delaware Action; (4) Katz and Qwest have reached a |
| 18 | mutually satisfactory resolution of all issues between them that were the subject of |
| 19 | the Delaware and Colorado Actions or that otherwise concern the United States |
| 20 | patents listed in Exhibit A to this Stipulation on Dismissal, as well as all United |
| 21 | States patents that have issued or may issue on applications whose subject matter in |
| 22 | whole or in part is entitled to the benefit of the filing date(s) of any such patents (i.e., |
| 23 | the patents listed in Exhibit A) or applications on which they are based, including, |
| 24 | without limitation, continuations, continuations-in-part, divisions, reissues and |
| 25 | extensions (such patents being referred to as the "RAKTL Patents"); and (5) in an |
| 26 | order filed on June 20, 2007 in the Clerk's Office of the Judicial Panel, a Conditional |
| 27 | Transfer Order was entered in the matter captioned *In Re Katz Interactive Call* |
| 28 | *Processing Patent Litigation* transferring the Delaware Action and other actions to |

Case 2:07-ml-01816-RGK -FFM   Document 1000   Filed 12/27/07   Page 3 of 8   Page ID
                                         #:9963
Case 2:07-ml-01816-RGK-FFM   Document 946-2   Filed 12/21/2007   Page 3 of 8

1 | this Court and on or about August 9, 2007, the June 20, 2007 Order was filed in the
2 | Clerk's Office of this Court and the Delaware Action was transferred to this Court.
3 | **IT IS HEREBY ORDERED** that:
4 | 1. All claims asserted or that could have been asserted by Katz against
5 | Qwest with respect to the RAKTL Patents, and all counterclaims asserted or that
6 | could have been asserted by Qwest against Katz with respect to the RAKTL Patents,
7 | are dismissed with prejudice;
8 | 2. Each of the parties shall bear its own costs, expenses and attorneys fees
9 | associated with the prosecution and defense of the Delaware and Colorado Actions;
10 | and
11 | 3. This Court shall retain jurisdiction over this matter for purposes of
12 | enforcement of the settlement.

DATED: 12·27·07

THE HONORABLE R. GARY KLAUSNER
United States District Court Judge

---

ORDER DISMISSING QWEST          2          CASE NO. 07-ML-1816-B-RGK (FFMx)

# EXHIBIT A

## ISSUED U.S. PATENTS

| | Patent No. | Title | Issue Date |
|---|---|---|---|
| 1. | 4,071,698 * | Telephone System for Audio Demonstration and Marketing of Goods or Services | 1/31/1978 |
| 2. | 4,792,968 * | Statistical Analysis System for Use With Public Communication Facility | 12/20/1988 |
| 3. | 4,845,739 * | Telephonic-Interface Statistical Analysis System | 7/4/1989 |
| 4. | 4,930,150 * | Telephonic Interface Control System | 5/29/1990 |
| 5. | 4,932,046 | Telephone Programming System for Automated Calling | 6/5/1990 |
| 6. | 4,939,773 | Multiple Party Telephone Control System | 7/3/1990 |
| 7. | 4,975,945 | Universal Telephone Call Relay System | 12/4/1990 |
| 8. | 4,987,590 | Multiple Party Telephone Control System | 1/22/1991 |
| 9. | 5,014,298 * | Voice-Data Telephonic Control System | 5/7/1991 |
| 10. | 5,016,270 | Expanded Telephone Data Organization System | 5/14/1991 |
| 11. | 5,048,075 * | Telephonic-Interface Statistical Analysis System | 9/10/1991 |
| 12. | 5,073,929 * | Voice-Data Telephonic Control System | 12/17/1991 |

| | Patent No. | Title | Issue Date |
|---|---|---|---|
| 13. | 5,091,933 | Multiple Party Telephone Control System | 2/25/1992 |
| 14. | 5,109,404 * | Telephone Call Processor With Select Call Routing | 4/28/1992 |
| 15. | 5,128,984 | Telephone Interface Call Processing System With Call Selectivity | 7/7/1992 |
| 16. | 5,185,787 | Multiple Party Telephone Control System With Random Dialing For Polling | 2/9/1993 |
| 17. | 5,218,631 * | Telephonic-Interface Game Control System | 6/8/1993 |
| 18. | 5,224,153 * | Voice-Data Telephonic Interface Control System | 6/29/1993 |
| 19. | 5,251,252 | Telephone Interface Call Processing System With Call Selectivity | 10/5/1993 |
| 20. | 5,255,309 * | Telephonic-Interface Statistical Analysis System | 10/19/1993 |
| 21. | 5,259,023 * | Telephonic-Interface Statistical Analysis System | 11/2/1993 |
| 22. | 5,297,197 | Multiple Party Telephone Control System | 3/22/1994 |
| 23. | 5,349,633 * | Telephonic-Interface Game Control System | 9/20/1994 |
| 24. | 5,351,285 * | Multiple Format Telephonic Interface Control System | 9/27/1994 |
| 25. | 5,359,645 * | Voice-Data Telephonic Interface Control System | 10/25/1994 |

EXHIBIT A TO ORDER                    CASE NO. 07-ML-1816-B-RGK (FFMx)

| | Patent No. | Title | Issue Date |
|---|---|---|---|
| 26. | 5,365,575 * | Telephonic-Interface Lottery System | 11/15/1994 |
| 27. | 5,442,688 | Multiple Party Telephone Control System | 8/15/1995 |
| 28. | 5,553,120 * | Telephonic-Interface Game Control System | 9/3/1996 |
| 29. | 5,561,707 * | Telephonic-Interface Statistical Analysis System | 10/1/1996 |
| 30. | 5,684,863 * | Telephonic-Interface Statistical Analysis System | 11/4/1997 |
| 31. | 5,787,156 * | Telephonic-Interface Lottery System | 7/28/1998 |
| 32. | 5,793,846 * | Telephonic-Interface Game Control System | 8/11/1998 |
| 33. | 5,815,551 * | Telephonic-Interface Statistical Analysis System | 9/29/1998 |
| 34. | 5,828,734 | Telephone Interface Call Processing System With Call Selectivity | 10/27/1998 |
| 35. | 5,835,576 * | Telephonic-Interface Lottery Device | 11/10/1998 |
| 36. | 5,898,762 * | Telephonic-Interface Statistical Analysis System | 4/27/1999 |
| 37. | 5,917,893 * | Multiple Format Telephonic Interface Control System | 6/29/1999 |
| 38. | 5,974,120 | Telephone Interface Call Processing System With Call Selectivity | 10/26/1999 |
| 39. | 6,016,344 * | Telephonic-Interface Statistical Analysis System | 1/18/2000 |

EXHIBIT A TO ORDER                    CASE NO. 07-ML-1816-B-RGK (FFMx)

| | Patent No. | Title | Issue Date |
|---|---|---|---|
| 40. | 6,035,021 * | Telephonic-Interface Statistical Analysis System | 3/07/2000 |
| 41. | 6,044,135 * | Telephone Interface Lottery System | 3/28/2000 |
| 42. | 6,148,065 * | Telephonic-Interface Statistical Analysis System | 11/14/2000 |
| 43. | 6,151,387 * | Telephonic-Interface Game Control System | 11/21/2000 |
| 44. | 6,157,711 | Multiple Party Telephone Control System | 12/5/2000 |
| 45. | 6,292,547 * | Telephonic-Interface Statistical Analysis System | 9/18/2001 |
| 46. | 6,335,965 * | Voice Data Telephonic Interface System | 1/1/02 |
| 47. | 6,349,134 * | Telephonic Interface Statistical Analysis System | 2/19/02 |
| 48. | 6,424,703 B1* | Telephonic-Interface Lottery System | 7/23/02 |
| 49. | 6,434,223 * | Telephone Interface Call Processing system with Call Selectivity | 8/13/02 |
| 50. | 6,449,346 * | Telephone-Television Interface Statistical Analysis System | 9/10/02 |
| 51. | 6,512,415 * | Telephonic-Interface Game Control System | 1/28/2003 |

| | Patent No. | Title | Issue Date |
|---|---|---|---|
| 52. | 6,570,967 * | Voice-Data Telephonic Interface Control System | 05/27/2003 |
| 53. | 6,678,360 * | Telephonic-Interface Statistical Analysis System | 01/13/2004 |

EXHIBIT A TO ORDER                                    CASE NO. 07-ML-1816-B-RGK (FFMx)