COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (CA Bar No. 170085)
LINDA F. CALLISON (CA Bar No. 167785)
Nealsc@cooley.com
Callisonlf@cooley.com
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Plaintiff Ronald A. Katz Technology Licensing, L.P.

MORRISON & FOERSTER LLP
RACHEL KREVANS (CA Bar No. 116421)
JASON A. CROTTY (CA Bar No. 196036)
RKrevans@mofo.com
JCrotty@mofo.com
425 Market Street l
San Francisco, CA 94105
Telephone:   (415) 268-6000
Facsimile:    (415) 268-7522

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.
KAISER FOUNDATION HOSPITALS and
THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re Katz Interactive Call Processing Patent Litigation, | MDL: 07-ML-1816-C RGK (FFMx) |
| This document relates to: | (Underlying Civil Action No. C0703004 MJJ, N.D. Cal.) |
| Ronald A. Katz Technology Licensing, L.P. v. Bank of the West, et al. 07-cv-04923 RGK-FFMx | **STIPULATION OF DISMISSAL OF DEFENDANTS KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS and THE PERMANENTE MEDICAL GROUP, INC.** |
| | Judge: Hon. R. Gary Klausner |

**WHEREAS:**  on June 8, 2007, Plaintiff Ronald A. Katz Technology Licensing, L.P. filed a Complaint in the United States District Court for the Northern District of California, commencing Civil Action No. C-07-03004-MJJ (the "Action") against Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, The Permanente Company, LLC, The Permanente Federation LLC, and The Permanente Medical Group, Inc.; and

**WHEREAS** on August 8, 2007, Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, The Permanente Company, LLC, The Permanente Federation LLC, and The Permanente Medical Group, Inc. filed their Answer and Counterclaims to Ronald A. Katz Technology Licensing, L.P.'s Complaint; and

**WHEREAS** on August 28, 2007, Ronald A. Katz Technology Licensing, L.P. filed its Reply to Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, The Permanente Company, LLC, The Permanente Federation LLC, and The Permanente Medical Group, Inc.'s Counterclaims; and

**WHEREAS** in an order filed on June 20, 2007 in the Clerk's Office of the Judicial Panel, a Conditional Transfer Order was entered in the matter captioned *In Re Katz Interactive Call Processing Patent Litigation* transferring the Action and other actions to this Court; and

**WHEREAS** on July 31, 2007, the MDL Order was filed in the Clerk's Office of this Court; and

**WHEREAS** by stipulation filed on November 9, 2007, the Ronald A. Katz Technology Licensing, L.P. and Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, The Permanente Company, LLC, The Permanente Federation LLC, and The Permanente Medical Group, Inc. agreed that The Permanente Federation LLC and The Permanente Company, LLC would be dismissed from the Action without prejudice; and (7) Ronald A. Katz Technology Licensing, L.P. and Kaiser Foundation Health Plan, Inc., Kaiser Foundation

Hospitals, The Permanente Company, LLC, The Permanente Federation LLC, and The Permanente Medical Group, Inc. have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action.

**NOW, THEREFORE,** Ronald A. Katz Technology Licensing, L.P. and Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, The Permanente Company, LLC, The Permanente Federation LLC, and The Permanente Medical Group, Inc. jointly request and stipulate to the entry of an Order providing that:

1. All claims asserted by Ronald A. Katz Technology Licensing, L.P. against Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, The Permanente Company, LLC, The Permanente Federation LLC, and The Permanente Medical Group, Inc. and all counterclaims asserted by Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, The Permanente Company, LLC, The Permanente Federation LLC, and The Permanente Medical Group, Inc. against Ronald A. Katz Technology Licensing, L.P. are dismissed with prejudice;

2. Each of the parties shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action;

3. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement; and

///
///
///
///
///

STIPULATION OF DISMISSAL OF THE KAISER PERMANENTE DEFENDANTS
CASE NO. 07-MDL-01816
sf-2488440

2

4. All unresolved pending motions in this Action between these settling parties shall be denied as moot.

Dated: March 25, 2008                    Dated: March 25, 2008

By  /s/ Linda Callison                   By _____

COOLEY GODWARD KRONISH LLP
Stephen C. Neal
Linda F. Callison
3000 El Camino Real
Palo Alto, CA  94306-2155
650-843-5000

MORRISON & FOERSTER LLP
Rachel Krevans
Jason A. Crotty
425 Market Street
San Francisco, CA  94105-2482
415-268-7000

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS and THE PERMANENTE MEDICAL GROUP, INC.