IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re Katz Interactive Call Processing Patent Litigation,<br><br>This document relates to:<br><br>Ronald A. Katz Technology Licensing, L.P. v.<br>BMG Columbia House, Inc. et al.<br>      2:07-CV-04967 RGK (FFMx) | MDL: 07-ML-1816-C RGK (FFMx)<br><br>(Underlying Civil Action, No. 2:07-CV-0237, U.S.D.C., E.D.Tex.)<br><br>**[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT KOHL'S CORPORATION**<br><br>Judge: Hon. R. Gary Klausner |

[PROPOSED] ORDER OF DISMISSAL OF
DEFENDANT KOHL'S CORPORATION
CASE NO. 07-01816-C-RGK

**WHEREAS,** on June 8, 2007, Plaintiff Ronald A. Katz Technology Licensing, L.P. filed a Complaint in the United States District Court for the Eastern District of Texas commencing Civil Action No. 02:07-CV-0237 (the "Action") against Defendant Kohl's Corporation; and

**WHEREAS**, in an order filed on June 20, 2007 in the Clerk's Office of the Judicial Panel on Multidistrict Litigation, a Transfer Order was entered in the matter captioned *In Re Katz Interactive Call Processing Patent Litigation* transferring the Action and other actions to this Court; and

**WHEREAS**, on July 31, 2007, the MDL Order was received by the Clerk's Office of this Court; and

**WHEREAS,** on August 22, 2007, Defendant Kohl's Corporation filed its Answer, Affirmative Defenses and Counterclaims to Ronald A. Katz Technology Licensing, L.P.'s Complaint; and

**WHEREAS,** on September 20, 2007 Plaintiff Ronald A. Katz Technology Licensing, L.P. filed its Reply to Kohl's Corporation's Answer and Counterclaims; and

**WHEREAS,** Ronald A. Katz Technology Licensing, L.P. and Defendant Kohl's Corporation have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action; and

**WHEREAS**, Ronald A. Katz Technology Licensing, L.P. and Defendant Kohl's Corporation have filed a Stipulation of Dismissal (the "Stipulation") with this Court advising the Court that the parties have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action; and

**WHEREAS**, after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby:

1. **ORDERED, ADJUDGED AND DECREED** that all claims asserted by Ronald A. Katz Technology Licensing, L.P. against Defendant Kohl's Corporation and all counterclaims asserted by Defendant Kohl's Corporation against Ronald A. Katz Technology Licensing, L.P. are dismissed with prejudice;

2. **ORDERED, ADJUDGED AND DECREED** that each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of this Action;

3. **ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement; and

4. **ORDERED, ADJUDGED AND DECREED** that all unresolved pending motions in this Action between these settling parties shall be denied as moot.

IT IS SO ORDERED.

Dated: _____   By: _____
　　　　　　　　　　　　　　　　Honorable R. Gary Klausner
　　　　　　　　　　　　　　　　United States District Judge