UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re KATZ INTERACTIVE CALL PROCESSING LITIGATION<br><br>This document relates to:<br><br>Ronald A. Katz Technology Licensing, L.P.<br><br>v.<br><br>Genesys Conferencing, Inc., et al.,<br><br>07-cv-2254 RGK (FFM) | Case No. 07-ML-1816-B RGK (FFMx)<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANTS PREMIERE GLOBAL SERVICES, INC. AND AMERICAN TELECONFERENCING SERVICES, LTD.** |

**WHEREAS:** (1) on August 21, 2006, Plaintiff Ronald A. Katz Technology Licensing, L.P. ("RAKTL") filed a Complaint in the United States District Court for the Eastern District of Texas, Texarkana Division commencing Civil Action No. 5:06-CV-187 (the "Action") against Defendant Premiere Global Services, Inc. ("Premiere"); (2) on October 17, 2006, Premiere filed its Answer and Counterclaims to RAKTL's Complaint; (3) on November 30, 2006, RAKTL filed its Reply to Counterclaims; (4) on January 29, 2007, RAKTL filed its first Amended Complaint against Premiere and American Teleconferencing Services, Ltd. (collectively, "the Premiere Defendants"); (5) on February 12, 2007, the Premiere Defendants filed their Answer and Counterclaims to RAKTL's Complaint; (6) on March 1, 2007, RAKTL filed its Reply to Counterclaims; (7) in an order filed on March 20, 2007 in the Clerk's Office of the Judicial Panel, a Transfer Order was entered in the matter captioned *In Re Katz Interactive Call Processing Patent Litigation* transferring this Action and other actions to this Court, and on April 5, 2007, the MDL Order was filed in the Clerk's Office of this Court; (8) RAKTL and the Premiere Defendants have reached a mutually satisfactory

resolution of all issues between them that were the subject of this Action; (9) RAKTL and the Premiere Defendants have filed a Stipulation of Dismissal (the "Stipulation") with this Court advising the Court that the parties have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action; and (10) after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby:

1. **ORDERED, ADJUDGED AND DECREED** that all claims asserted by RAKTL against the Premiere Defendants and all counterclaims asserted by the Premiere Defendants against RAKTL are dismissed with prejudice;

2. **ORDERED, ADJUDGED AND DECREED** that each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of this Action;

3. **ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement; and

4. **ORDERED, ADJUDGED AND DECREED** that all unresolved pending motions in this Action between these settling parties shall be denied as moot.

IT IS SO ORDERED.

Dated: _____        By: _____
                                    Honorable R. Gary Klausner
                                    United States District Judge