ROBERT T. HASLAM (CA Bar No. 71134)
robert.haslam@hellerehrman.com
ANDREW C. BYRNES (CA Bar No. 191516)
andrew.byrnes@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

MICHAEL K. PLIMACK (CA Bar No. 133869)
michael.plimack@hellerehrman.com
DALE A. RICE (CA Bar No. 146249)
dale.rice@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Katz Interactive Call Processing Patent Litigation,<br><br>This document relates to:<br><br>Ronald A. Katz Technology Licensing, L.P. v. Reliant Energy, Inc., CV 07-2096 RGK (FFMx) | Case No. 07-ML-01816-B-RGK (FFMx)<br><br>[~~PROPOSED~~] ORDER DISMISSING DEFENDANTS PEPCO HOLDINGS, INC., PHI SERVICE COMPANY, DELMARVA POWER & LIGHT COMPANY, ATLANTIC CITY ELECTRIC COMPANY AND POTOMAC ELECTRIC POWER COMPANY<br><br>The Honorable R. Gary Klausner |

**WHEREAS:** (1) on September 1, 2006, Plaintiff Ronald A. Katz Technology Licensing, L.P. ("RAKTL") filed a Complaint in the United States District Court for the District of Delaware commencing Civil Action No. 1:06-cv-543 GMS (the "Action") against Defendants Pepco Holdings, Inc., PHI Service Company and Delmarva Power & Light Company; (2) on October 26, 2006, Pepco Holdings, Inc., PHI Service Company and Delmarva Power & Light Company filed their Answer and Counterclaims to RAKTL's Complaint; (3) on November 20, 2006, RAKTL filed its Reply to Counterclaims; (4) in an order filed on March 20, 2007 in the Clerk's Office of the Judicial Panel, a Transfer Order was entered in the matter captioned *In Re Katz Interactive Call Processing Patent Litigation* transferring the action and other actions to this Court, and on March 30, 2007, the MDL Order was filed in the Clerk's Office of this Court; (5) on January 15, 2008, RAKTL filed an Amended Complaint against Defendants Pepco Holdings, Inc., PHI Service Company, Delmarva Power & Light Company, Atlantic City Electric Company and Potomac Electric Power Company (collectively "Pepco Defendants"); (6) on January 17, 2008, the Pepco Defendants filed their Answer and Counterclaims to RAKTL's Amended Complaint; (7) on March 7, 2008, Katz filed its Reply to Counterclaims; and (8) RAKTL and the Pepco Defendants have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action;

**IT IS HEREBY ORDERED THAT:**

1.  All claims asserted by RAKTL against Defendants Pepco Holdings, Inc., PHI Service Company, Delmarva Power & Light Company, Atlantic City Electric Company and Potomac Electric Power Company and all counterclaims asserted by Defendants Pepco Holdings, Inc., PHI Service Company, Delmarva Power & Light Company, Atlantic City Electric Company and Potomac Electric Power Company against RAKTL are dismissed with prejudice;

2.  Each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of this Action;

3. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement; and

4. All unresolved pending motions in this Action between these settling parties shall be denied as moot.

DATED: JUN 3 0 2008

THE HONORABLE R. GARY KLAUSNER
United States District Court Judge

ORDER DISMISSING PEPCO DEFENDANTS            CASE NO. 07-ML-01816-B-RGK (FFMx)