ROBERT T. HASLAM (CA Bar No. 71134)
robert.haslam@hellerehrman.com
ANDREW C. BYRNES (CA Bar No. 191516)
andrew.byrnes@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

MICHAEL K. PLIMACK (CA Bar No. 133869)
michael.plimack@hellerehrman.com
DALE A. RICE (CA Bar No. 146249)
dale.rice@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

JS-4

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Katz Interactive Call Processing Patent Litigation, | Case No. 07-ML-01816-C-RGK (FFMx) |
| This document relates to: | [PROPOSED] ORDER DISMISSING DEFENDANTS THE SOUTHERN COMPANY, SOUTHERN COMPANY SERVICES, INC., SOUTHERN COMMUNICATIONS SERVICES, INC. D/B/A SOUTHERNLINC WIRELESS AND GEORGIA POWER COMPANY |
| Ronald A. Katz Technology Licensing, L.P. v. The Southern Company, CV 07-4924 RGK (FFMx) ✓ | |
| | The Honorable R. Gary Klausner |

1 **WHEREAS:** (1) on June 7, 2007, Plaintiff Ronald A. Katz Technology Licensing, L.P. ("RAKTL") filed a Complaint in the United States District Court in the Northern District of Georgia, Atlanta Division, commencing Civil Action No. 1:07-cv-1325 CAP (the "Action) against Defendants The Southern Company, Southern Company Services, Inc., Southern Communications Services, Inc. d/b/a SouthernLINC Wireless, and Georgia Power Company (collectively "Southern"); (2) on July 27, 2007, Southern filed its Answer and Counterclaims to RAKTL's Complaint; (3) on August 20, 2007, RAKTL filed its Reply to Counterclaims; (4) in an order filed on June 20, 2007 in the Clerk's Office of the Judicial Panel on Multidistrict Litigation, a Transfer Order was entered in the matter captioned *In Re Katz Interactive Call Processing Patent Litigation* transferring the action and other actions to this Court, and on July 31, 2007, the MDL Order was filed in the Clerk's Office of this Court; and (5) RAKTL and Southern have entered an agreement resolving all issues between them that were the subject of this Action;

**IT IS HEREBY ORDERED THAT:**

1. All claims asserted by RAKTL against The Southern Company, Southern Company Services, Inc., Southern Communications Services, Inc. d/b/a SouthernLINC Wireless and Georgia Power Company and all counterclaims asserted by The Southern Company, Southern Company Services, Inc., Southern Communications Services d/b/a SouthernLINC Wireless and Georgia Power Company against RAKTL are dismissed with prejudice;

2. Each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of this Action;

3. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement; and

//
//
//

4. All unresolved pending motions in this Action between these settling parties shall be denied as moot.

DATED: 07.09.08

*Gary Klausner*
THE HONORABLE R. GARY KLAUSNER
United States District Court Judge