AMSTER, ROTHSTEIN & EBENSTEIN LLP
Daniel S. Ebenstein (DE 2109)
debenstein@arelaw.com
Anthony F. Lo Cicero (AL 7538)
alocicero@arelaw.com
Richard S. Mandaro (RM 2602)
rmandaro@arelaw.com
90 Park Avenue
New York, New York 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

Attorneys for Macy's, Inc. (f/k/a Federated
Department Stores, Inc.), Bloomingdales By
Mail Ltd., Bloomingdales, Inc., FDS Bank
and Macy's Credit and Customer Services,
Inc. (f/k/a FACS Group, Inc.)

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION | Case No. CV 2:07-ml-01816-C-RGK (FFMx) and 2:07-CV-4958-RGK (FFMx) |
| This document relates to: | |
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | **MACY'S NOTICE OF MOTION AND MOTION OF MACY'S INDIVIDUAL MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | Date:  To Be Determined |
| v. | Time:  To Be Determined |
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., et. al., | Judge:  Hon. R. Gary Klausner |
| | Ctrm:   Courtroom 850 |
| Defendants. | |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | |

MACY'S NOTICE OF MOT. & MOT. OF MACY'S
INDIV. MOT. FOR SUMM. JUDG.
2:07-ML-1816-C-RGK; 2:07-CV-4958-RGK

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that counsel may be heard by the above-captioned Court, defendants Macy's, Inc. (f/k/a Federated Department Stores, Inc.), Bloomingdales By Mail Ltd., Bloomingdales, Inc., FDS Bank and Macy's Credit and Customer Services, Inc. (f/k/a FACS Group, Inc.) (collectively "Macy's") hereby do move for summary judgment that the following patent claims are not infringed as a matter of law:

- Claim 45 of U.S. Patent No. 5,255,309
- Claim 62 of U.S. Patent No. 5,974,120
- Claim 63 of U.S. Patent No. 5,974,120
- Claim 24 of U.S. Patent No. 5,561,707
- Claim 45 of U.S. Patent No. 5,898,762
- Claim 48 of U.S. Patent No. 5,898,762
- Claim 53 of U.S. Patent No. 5,898,762
- Claim 67 of U.S. Patent No. 5,898,762
- Claim 43 of U.S. Patent No. 5,684,863
- Claim 44 of U.S. Patent No. 5,684,863
- Claim 38 of U.S. Patent No. 6,335,965
- Claim 67 of U.S. Patent No. 6,335,965

This motion seeks summary judgment that RAKTL cannot recover damages based on any Macy's service other than the CCS, HR, EGC, BBM or May CCS accused services. These accused services are the only services for which RAKTL has presented evidence of infringement.

This motion seeks summary judgment that RAKTL is entitled to only a limited damages period ending on December 27, 2005, based on the expiration of the RAKTL patent claims not invalidated by the joint summary judgment motions in the B and C Tracks. This motion also seeks summary judgment that Macy's has not engaged in willful infringement.

This motion is make pursuant to Rule 56 of the Federal Rules of Civil Procedure and, as necessary, pursuant to Rule 52. This Motion is based upon this notice of motion, the accompanying memorandum of law in support of the motion

//

//

MACY'S NOTICE OF MOT. & MOT. OF MACY'S
INDIV. MOT. FOR SUMM. JUDG.
2:07-ML-1816-C-RGK; 2:07-CV-4958-RGK

and the statement of uncontroverted facts and conclusions of law, declarations, and exhibits filed therewith.

Dated: January 23, 2009          By:  /s/ Anthony F. Lo Cicero
       New York, New York              Anthony F. Lo Cicero

                                 Daniel S. Ebenstein, Esq. (DE 2109)
                                 Anthony F. Lo Cicero, Esq. (AL 7538)
                                 Richard S. Mandaro, Esq. (RM 2602)
                                 AMSTER, ROTHSTEIN & EBENSTEIN, LLP
                                 Attorneys of Record for Defendants and Counterclaim Plaintiffs/Third Party Plaintiffs

                                 Macy's, Inc. (f/k/a Federated Department Stores, Inc.), Bloomingdale's By Mail Ltd., Bloomingdale's, Inc., FDS Bank and Macy's Credit And Customer Services, Inc. (f/k/a FACS Group, Inc.)