HENNIGAN, BENNETT & DORMAN LLP
J. MICHAEL HENNIGAN (SBN 59491)
hennigan@hbdlawyers.com
RODERICK G. DORMAN (SBN 96908)
dormanr@hbdlawyers.com
LAWRENCE M. HADLEY (SBN 157728)
hadleyl@hbdlawyers.com
HAZIM H. ANSARI (SBN 190601)
ansarih@hbdlawyers.com
MIEKE K. MALMBERG (SBN 209992)
malmbergm@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Phone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff Ronald A. Katz
Technology Licensing, L.P. in the Case against G.E.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Katz Interactive Call Processing Patent Litigation | Case No. ML 07-1816-B RGK (FFMx) |
| | (Underlying Civil Case No. 9:06-CV-197-RHC, U.S.D.C., E.D. Texas) |
| This document relates to *Ronald A. Katz Technology Licensing LP v. General Electric Capital Corp., et al.*, CV-07-2336 RGK (FFMx) | **[PROPOSED] ORDER DISMISSING DEFENDANTS GENERAL ELECTRIC CAPITAL CORPORATION, GENERAL ELECTRIC CAPITAL SERVICES, INC., GENERAL ELECTRIC COMPANY AND GENERAL ELECTRIC CONSUMER FINANCE, INC.** |
| | CTRM:    850 |
| | Hon. R. Gary Klausner |

1   WHEREAS: (1) on or after August 21, 2006, Plaintiff Ronald A. Katz
2   Technology Licensing, L.P. ("RAKTL") filed a Complaint in the United States
3   District Court for the Eastern District of Texas, Lufkin Division commencing Civil
4   Action No. 9:06 CV-197 (the "Action") against Defendants General Electric Capital
5   Corporation, General Electric Capital Services, Inc., General Electric Company and
6   General Electric Consumer Finance, Inc. ("General Electric"); (2) on or after October
7   27, 2006, General Electric filed its Answer and Counterclaims to RAKTL's
8   Complaint; (3) on or after November 20, 2006, RAKTL filed its Reply to General
9   Electric's Counterclaims; (4) RAKTL and General Electric have reached a mutually
10  satisfactory resolution of all issues between them that were the subject of this Action;
11  and (5) in an order filed on March 20, 2007 in the Clerk's Office of the Judicial Panel,
12  a Transfer Order was entered in the matter captioned In Re Katz Interactive Call
13  Processing Patent Litigation transferring the action and other actions to this Court,
14  and on March 30, 2007, the MDL Order was filed in the Clerk's Office of this Court;
15  (6) Katz and General Electric have filed a Stipulation of Dismissal (the "Stipulation")
16  with this Court advising the Court that the parties have reached a mutually
17  satisfactory resolution of all issues between them that were the subject of this Action
18  whereby a dismissal effectively closes *Ronald A. Katz Technology Licensing, L.P. v.*
19  *General Electric Capital Corp., et. al.,* Civil Action No. 07-CV-2336 RGK (and the
20  underlying Civil Case No. 9:06-CV-197-RHC, U.S.D.C., E.D. Texas); and (7) after
21  considering the Stipulation, the Court is of the opinion that the Stipulation should be
22  granted and therefore, it is hereby:
23      1.    ORDERED, ADJUDGED AND DECREED that all claims asserted by
24  RAKTL against General Electric and all counterclaims asserted by General Electric
25  against RAKTL are dismissed with prejudice;
26
27
28

1  2. ORDERED, ADJUDGED AND DECREED that each of the parties shall
2  bear its own costs, expenses and attorneys fees associated with the prosecution and
3  defense of this Action;
4  3. ORDERED, ADJUDGED AND DECREED that this Court shall retain
5  jurisdiction over this matter for purposes of enforcement of the settlement; and
6  4. ORDERED, ADJUDGED AND DECREED that all unresolved pending
7  motions in this Action between these settling parties shall be denied as moot.

9  IT IS SO ORDERED.

12  DATED: January 29, 2009

Hon. R. Gary Klausner
United States District Court Judge