EDWIN V. WOODSOME (State Bar No. 56305)
CHRISTOPHER S. RUHLAND (State Bar No. 175054)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
Email: ewoodsome@orrick.com
       cruhland@orrick.com

MARK J. SHEAN (State Bar No. 217671)
ANDRÉ DE LA CRUZ (State Bar No. 245175)
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, California 92614-2558
Telephone: (949) 567-6700
Facsimile: (949) 567-6710
Email: mshean@orrick.com
       adelacruz@orrick.com

Attorneys for Defendants DHL Holdings (USA), Inc.,
DHL Express (USA) Inc., and Sky Courier, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Katz Interactive Call Processing Patent Litigation<br><br>This document relates to:<br><br>Ronald A. Katz Technology Licensing, L.P. v. American International Group, Inc., et al.<br>CV 07-2192 RGK (FFMx) | Case No. CV07-ML-01816 RGK (FFMx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Judge: Hon. R. Gary Klausner |

1  For the reasons stated in the Court's Orders Granting in Part and Denying in Part Defendants' Joint Summary Judgment of Invalidity Under Section 112 dated June 19, 2008 [MDL Dkt. No. 2330], Under Section 102 and 103 dated August 4, 2008 [MDL Dkt. No. 2547], and in the Court's Order Ruling on DHL Defendants' Individual Summary Judgment Motion [DHL Dkt. No. 475];

IT IS ORDERED AND ADJUDGED:

that plaintiffs shall take nothing from Defendants DHL Holdings (USA), Inc., DHL Express (USA), Inc., and Sky Courier, Inc. (collectively, "DHL Defendants"), that judgment for DHL Defendants is granted, and that DHL Defendants shall recover their costs of suit.

Dated:   May 22, 2009

*[signature: Gary Klausner]*

_____
Hon. R. Gary Klausner
United States District Court Judge

cc: Multi District Litigation Panel

OHS West:260657150.1