```
 1 | GRANT E. KINSEL, CA BAR NO. 172407
   | gkinsel@foley.com
 2 | FOLEY & LARDNER LLP
   | 555 SOUTH FLOWER STREET, SUITE 3500
 3 | LOS ANGELES, CA  90071-2411
   | TELEPHONE:     213.972.4500
 4 | FACSIMILE:     213.486.0065
   |
 5 | SHARON R. BARNER, IL BAR NO. 6192569
   | srbarner@foley.com
 6 | GREGORY S. NORROD, IL BAR NO. 6199391
   | gnorrod@foley.com
 7 | JONATHAN R. SPIVEY, IL BAR NO. 6282140
   | jspivey@foley.com
 8 | SCOTT R. KASPAR, IL BAR NO. 6284921
   | skaspar@foley.com
 9 | FOLEY & LARDNER LLP
   | 321 N. CLARK STREET, SUITE 2800
10 | CHICAGO, IL  60610
   | TELEPHONE:     312.832.4500
11 | FACSIMILE:     312.832.4700
   |
12 | Attorneys for Defendants U.S. Bancorp and
   | U.S. Bank National Association
13 |
```

(See caption block above for counsel of record.)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION | Case No.: 07-ML-01816-B-RGK (FFMx) |
| This document relates to: | [AMENDED] [PROPOSED] FINAL JUDGMENT AND ORDER |
| Ronald A. Katz Technology Licensing, L.P. v. U.S. Bancorp et al., CV 07-2360 RGK (FFMx) | Judge: Hon. R. Gary Klausner<br>Ctrm.: Courtroom 850 |

[AMENDED] [PROPOSED] FINAL JUDGMENT AND ORDER

CHIC_4168857.1

1     In accordance with the findings and rulings set out in the Court's Order Granting
2 in Part and Denying in Part Defendants' Joint Summary Judgment of Invalidity Under
3 Section 112 dated June 19, 2008 (D.I. 195), the Court's Order Granting in Part and
4 Denying in Part Defendants' Joint Summary Judgment of Invalidity Under Section 102
5 and 103 dated August 4, 2008 (D.I. 225), and in the Court's Order on the Parties'
6 Individual Summary Judgment Motions dated May 1, 2009 (D.I. 465) and May 6, 2009
7 (D.I. 466), the Court enters this Final Judgment pursuant to Fed. R. Civ. P. 54(b) upon
8 an express determination that there is no just reason for delay.

9     **IT IS THEREFORE ORDERED THAT** judgment is entered for Defendants
10 U.S. Bancorp and U.S. Bank National Association against Plaintiff Ronald A. Katz
11 Technology Licensing, L.P.

12     **IT IS FURTHER ORDERED THAT** costs are taxed against Plaintiff Ronald A.
13 Katz Technology Licensing, L.P.  All Counterclaims and Affirmative Defenses not
14 ruled on in the Court's Order on the Parties' Individual Summary Judgment Motions
15 dated May 1, 2009 (D.I. 465) and May 6, 2009 (D.I. 466) are moot and are therefore
16 dismissed without prejudice.  All pending motions not previously ruled on are denied.
17 All issues having been disposed of, this is a Final Judgment and is appealable.

Dated: **MAY 22 2009**

*[signature]*
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

[AMENDED] [PROPOSED] FINAL JUDGMENT AND ORDER

CHIC_4168857.1