VERNON M. WINTERS (Bar No. 130128)
vern.winters@weil.com
CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@weil.com
JILL J. HO (Bar No. 236349)
jill.ho@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

MIKE McKOOL, JR.
mmckool@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

PETER J. AYERS
payers@mckoolsmith.com
MCKOOL SMITH P.C.
300 W. Sixth Street, #1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION | Case No. 07-ML-01816-B RGK (FFMx) |
| This document relates to: | [PROPOSED] JUDGMENT |
| Ronald A. Katz Technology Licensing L.P. v. American Airlines, Inc., et al. CV 07-2196 RGK (FFMx) | The Honorable R. Gary Klausner |

1  For the reasons stated in the Court's orders dated June 19, 2008 and August 4, 2008, granting summary judgment of invalidity with respect to various claims asserted by plaintiff Ronald A. Katz Technology Licensing, L.P. ("RAKTL") as well as the Court's order dated May 1, 2009, granting summary judgment of non-infringement with respect to the remaining claims asserted against defendant American Airlines, Inc. ("American"), **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant American and against plaintiff RAKTL. The counterclaims of America Airlines, Inc. are dismissed without prejudice as moot.

IT IS SO ORDERED.

Dated: 05.22, 2009

By: _____
Hon R. Gary Klausner
United States District Court

-2-

[PROPOSED] JUDGMENT