1  DAVID A. SEGAL, SBN 166635
   dsegal@gibsondunn.com
2  JOSH A. KREVITT, SBN 208552
   jkrevitt@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   3161 Michelson Drive
4  Irvine, California 92612-4412
   Telephone:  (949) 451-3800
5  Facsimile:   (949) 451-4220

6  Attorneys for Defendants
   CABLEVISION SYSTEMS CORPORATION
7  AND RELATED CABLEVISION ENTITIES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION<br><br>This document is related to:<br><br>Ronald A. Katz Technology Licensing, L.P. v. Time Warner Cable, Inc., et al.<br><br>2:07-CV-02134-RGK-FFM | CASE NO. 2:07-ML-01816-RGK-FFM<br><br>] **FINAL JUDGMENT AGAINST RONALD A. KATZ TECHNOLOGY LICENSING, L.P. AND IN FAVOR OF CABLEVISION SYSTEMS CORPORATION AND RELATED DEFENDANTS**<br><br>The Honorable R. Gary Klausner |

**WHEREAS** the Court issued the following Orders:

(i) Granting in Part and Denying in Part Defendants' Joint Summary Judgment of Invalidity Under Section 112, dated June 19, 2008 (MDL D.I. 2330; D.I. 474)

(ii) Granting in Part and Denying in Part Defendants' Joint Summary Judgment of Invalidity Under Sections 102 and 103, dated August 4, 2008 (MDL D.I. 2547; D.I. 524);

(iii) Ruling on the Parties' Individual Summary Judgment Motions, dated August 13, 2009 (MDL D.I. 6718; D.I. 1029); and

(iv) Granting Cablevision's Motion for Leave to File First Amended Answer to Assert Collateral Estoppel and For Leave to File Additional Motion for Summary Judgment, dated August 14, 2009 (MDL D.I. 6721; D.I. 1030);

**WHEREAS**, for the reasons set forth in the aforementioned Orders, all of the claims asserted against Defendants-Counterclaimants Cablevision Systems Corporation, CSC Holdings, Inc., Cablevision Systems New York City Corporation, Cablevision of Brookhaven, Inc., Cablevision of Connecticut Corporation, Cablevision of Hudson County, Inc., Cablevision of Litchfield, Inc., Cablevision of Monmouth, Inc., Cablevision of New Jersey, Inc., Cablevision of Oakland, LLC, and Cablevision of Rockland/Ramapo, LLC  (collectively, the "Cablevision Defendants") have now been adjudicated;

**WHEREAS** the Court requested that Cablevision submit a final judgment and the Cablevision Defendants request that all of their counterclaims be dismissed without prejudice; and

**WHEREAS**, in light of the foregoing, entry of judgment in favor of the Cablevision Defendants is appropriate with respect to all of Plaintiff Ronald A. Katz Technology Licensing, L.P.'s ("RAKTL") claims for relief.

**THEREFORE**, IT IS HEREBY ORDERED that

(1) The Cablevision Defendants' Counterclaims are hereby dismissed without prejudice;

(2) **FINAL JUDGMENT** is hereby entered in favor of the Cablevision Defendants and against Plaintiff RAKTL; and

(3) The Cablevision Defendants are the prevailing parties and shall be entitled to be awarded their costs of suit.

**SO ORDERED.**

Dated: 9/2/09

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DAVID A. SEGAL
GIBSON, DUNN & CRUTCHER LLP

By: /s/*David A. Segal*
        David A. Segal

*Counsel for the Cablevision Defendants*