**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION<br><br>This document is related to:<br><br>Ronald A. Katz Technology Licensing, L.P. v. Time Warner Cable, Inc., et al.<br><br>2:07-CV-02134-RGK-FFM | CASE NO. 2:07-ML-01816-RGK-FFM<br><br>[This document relates to Case No. 07-CV-2134 RGK (FFMx)]<br><br>***AMENDED* [PROPOSED] FINAL JUDGMENT UNDER RULE 54(b) AGAINST RONALD A. KATZ TECHNOLOGY LICENSING, L.P. AND IN FAVOR OF CABLEVISION SYSTEMS CORPORATION AND RELATED DEFENDANTS**<br><br>The Honorable R. Gary Klausner |

**WHEREAS** the Court issued the following Orders:

(i) Granting in Part and Denying in Part Defendants' Joint Summary Judgment of Invalidity Under Section 112, dated June 19, 2008 (MDL D.I. 2330; D.I. 474)

(ii) Granting in Part and Denying in Part Defendants' Joint Summary Judgment of Invalidity Under Sections 102 and 103, dated August 4, 2008 (MDL D.I. 2547; D.I. 524);

(iii) Ruling on the Parties' Individual Summary Judgment Motions, dated August 13, 2009 (MDL D.I. 6718; D.I. 1029); and

(iv) Granting the Cablevision Defendants' Motion for Leave to File First Amended Answer to Assert Collateral Estoppel and For Leave to File Additional Motion for Summary Judgment, dated August 14, 2009 (MDL D.I. 6721; D.I. 1030); and

(v) Awarding the Cablevision Defendants $51,500 in costs. (MDL D.I. 6822, D.I. 1074).

**WHEREAS**, for the reasons set forth in the aforementioned Orders, all of the claims asserted against Defendants-Counterclaimants Cablevision Systems Corporation, CSC Holdings, Inc., Cablevision Systems New York City Corporation, Cablevision of Brookhaven, Inc., Cablevision of Connecticut Corporation, Cablevision of Hudson County, Inc., Cablevision of Litchfield, Inc., Cablevision of Monmouth, Inc., Cablevision of New Jersey, Inc., Cablevision of Oakland, LLC, and Cablevision of Rockland/Ramapo, LLC (collectively, the "Cablevision Defendants") have now been adjudicated;

**WHEREAS** the Court requested that the Cablevision Defendants submit a final judgment and the Cablevision Defendants request that all of their counterclaims be dismissed without prejudice;

**WHEREAS**, the Cablevision Defendants respectfully submit that there is no just reason for delay of entry of final judgment in its favor pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; and

**WHEREAS**, in light of the foregoing, entry of judgment in favor of the Cablevision Defendants is appropriate with respect to all of Plaintiff Ronald A. Katz Technology Licensing, L.P.'s ("RAKTL") claims for relief.

**THE COURT HEREBY FINDS THAT** there is no just reason for delay of entry of final judgment in favor of the Cablevision Defendants and against RAKTL because, among other reasons, the claims against the Cablevision Defendants are distinct and separable from the claims remaining in district court against other defendants.

**THEREFORE**, IT IS HEREBY ORDERED that

(1) The Cablevision Defendants' Counterclaims are hereby dismissed without prejudice;

(2) **FINAL JUDGMENT** is hereby entered in favor of the Cablevision Defendants and against Plaintiff RAKTL;

(3) The Cablevision Defendants are entitled to costs as awarded by this Court's October 13, 2009 Order (MDL D.I. 6822, D.I. 1074); and

(4) This final judgment is hereby entered *nunc pro tunc* to September 2, 2009.

**SO ORDERED.**

Dated: December 08, 2009

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

100773729_1.DOC

2