Edwin V. Woodsome, Jr. (No. 56305)
Christopher S. Ruhland (No. 175054)
DECHERT LLP
US Bank Tower
633 West 5th Street
37th Floor
Los Angeles, CA  90071-2013
Telephone:  213-808-5700
Facsimile:  213-808-5760
Email:  christopher.ruhland@dechert.com

Stephen Dartt (No. 247552)
DECHERT LLP
300 West 6th Street, Suite 2010
Austin, TX 78701
Telephone:  512-394-3000
Facsimile:  512-394-3001
Email:  stephen.dartt@dechert.com

Daniel B. Epstein (No. 240793)
DECHERT LLP
2440 W El Camino Real, Suite 700
Mountain View, CA 94040-1499
Telephone:  650-813-4800
Facsimile:  650-813-4848
Email:  daniel.epstein@dechert.com

*Attorneys for Defendants*
*DHL Express (USA), Inc., and Sky Courier, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION | Case No.  07-ML-1816-C-RGK (FFMx) (Related to Case No.07-CV-2192-RGK-FFMx ) |
| | Hon. R. Gary Klausner |
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | [~~Proposed~~] JUDGEMENT |
| Plaintiff, | Ctrm: 850 |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Defendants. | |

1     For the reasons stated in the Court's Order Granting In Part And Denying In Part DHL Defendants' Second Individual Motion For Summary Judgment dated June 12, 2013 [MDL Dkt. No. 8245, DHL Dkt. No. 605],

    IT IS ORDERED AND ADJUDGED:

    that Plaintiff Ronald A. Katz Licensing, L.P., shall take nothing from Defendants DHL Express (USA), Inc. and Sky Courier, Inc. (collectively "DHL Defendants"), that judgment for DHL Defendants is granted, and that DHL Defendants shall recover their costs of suit.

Dated: June 25, 2013

_____    HON. R. GARY KLAUSNER

14974398